ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6562
  E-mail:  Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TURNER, ET AL.,<br><br>Defendants. | Case No. 4:25-cv-08859<br><br>Assigned to the Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Having considered the arguments of the parties, the Administrative Motion to Consider Whether Cases Should be Related is hereby GRANTED. The case *Illinois v. United States Department of Housing and Urban Development*, Case No. 3:26-cv-02262, is hereby related to the above-captioned case and shall be reassigned to this Court.

Dated: _____

_____
Hon. Jon S. Tigar
United States District Court Judge

1

[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related