ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6562
  E-mail:  Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; AND STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:26-cv-02262-VC <br><br> **DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT** |

1

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name:   ***State of Illinois, et al. v. Department of Housing and Urban Development, et al.***

Case No.:   **3:26-cv-02262**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>March 20, 2026</u>, I served the attached **COMPLAINT; SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; JUDGE CHHABRIA CIVIL STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1230, addressed as follows:

**SEE SERVICE LIST BELOW**

Declaration of Service
Page 1 of 3

| RECIPIENT | STATUS |
|---|---|
| **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** The Associate General Counsel for Litigation Office of Litigation U.S. Department of Housing and Urban Development 451 Seventh Street, S.W. Washington, DC 20410 | **Delivery Date: March 25, 2026** **Delivery Time: 8:49 am ET** Certified Mail Tracking No.: 9414726699042253558579 *Proof of Delivery Attached as Exhibit A* |
| **ERIC SCOTT TURNER, SECRETARY OF HOUSING AND URBAN DEVELOPMENT** C/O Associate General Counsel for Litigation, Office of Litigation U.S. Department of Housing and Urban Development 451 Seventh Street, S.W. Washington, DC 20410 | **Delivery Date: March 25, 2026** **Delivery Time: 8:49 am ET** Certified Mail Tracking No.: 9414726699042253558586 *Proof of Delivery Attached as Exhibit B* |
| **CRAIG TRAINOR, ASSISTANT SECRETARY OF FAIR HOUSING AND EQUAL OPPORTUNITY** C/O Associate General Counsel for Litigation, Office of Litigation U.S. Department of Housing and Urban Development 451 Seventh Street, S.W. Washington, DC 20410 | **Delivery Date: March 26, 2026** **Delivery Time: 8:49 am ET** Certified Mail Tracking No.: 9414726699042247745923 *Proof of Delivery Attached as Exhibit C* |
| **UNITED STATES OF AMERICA** Civil Process Clerk United States Attorney's Office Northern District of California 450 Golden Gate Avenue P.O. Box 36055 San Francisco, CA 94102 | **Delivery Date: March 23, 2026** **Delivery Time: 10:59 a.m. PT** Certified Mail Tracking No.: 9414726699042247745916 *Proof of Delivery Attached as Exhibit D* |
| **UNITED STATES OF AMERICA** Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001 | **Delivery Date: March 26, 2026** **Delivery Time: 4:38 a.m. ET** Certified Mail Tracking No.: 9414726699042247745909 *Proof of Delivery Attached as Exhibit E* |

As of the date of this declaration, I have not, however, received return receipts for the recipients; As of the date of this declaration, I have not received return receipts for the recipients; however, USPS tracking confirms that all deliveries were successfully made on the dates listed above.

Attached to this declaration are:

- Exhibits A-E: USPS tracking confirmations for each recipient.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 3, 2026, at Los Angeles, California.

| | |
|---|---|
| Lauren Siaumau | *Lauren T. Siaumau* |
| Declarant | Signature |

# Exhibit A

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 9414726699042253558579

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:49 am on March 25, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
March 25, 2026, 8:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**            ⌄

**USPS Tracking Plus®**            ⌄

**Product Information**            ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# Exhibit B

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414726699042253558586

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:49 am on March 25, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
March 25, 2026, 8:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# Exhibit C

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9414726699042247745923

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:49 am on March 25, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
March 25, 2026, 8:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                   ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# Exhibit D

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9414726699042247745916

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:59 am on March 23, 2026 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
March 23, 2026, 10:59 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# Exhibit E

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9414726699042247745909

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:38 am on March 26, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 26, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs