ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6562
  E-mail:  Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

BRETT A. SHUMATE
Assistant Attorney General
DIANE KELLEHER
Branch Director
JACQUELINE C. LAU
D.C. Bar # 90024952
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
  1100 L Street, N.W.
  Washington, DC 20005
  Telephone: (202) 598-0914
  Email: Jacqueline.c.lau@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; AND STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:26-cv-02262-VC <br><br> **SCHEDULING STIPULATION AND [PROPOSED] ORDER GRANTING SCHEDULING STIPULATION** <br><br> Assigned to the Hon. Vince Chhabria |

1

**Scheduling Stipulation**

The states of Illinois, California, Arizona, Colorado, Connecticut, Delaware, Hawai'i, Maine, Maryland, Massachusetts, Michigan, New Jersey, Rhode Island, Vermont, Washington, and the District of Columbia ("Plaintiffs") and Defendants United States Department of Housing and Urban Development ("HUD"), Eric Scott Turner, Craig Trainor, and the United States of America (collectively, the "Parties") jointly submit this stipulation to move the Case Management Conference currently scheduled for Friday, June 26, 2026.

Pursuant to paragraph 14 of the Standing Order for Civil Cases Before Judge Vince Chhabria, "if a defendant files a motion to dismiss that is dispositive of the entire case, the parties can stipulate to move the initial case management conference to 15 days after the hearing on that motion." As indicated in the Parties' Case Management Statement—filed on June 19, 2026— Defendants intend to file a motion to dismiss that is dispositive of the entire case by July 15, 2026. ECF No. 77. The following table includes the current deadline at issue and the Parties' proposal for this deadline:

| Event | Current Deadline | Parties' Proposal |
|---|---|---|
| Initial Case Management Conference: To be held by Zoom. Go to cand.uscourts.gov/vc for Zoom link. | June 26, 2026 at 10:00 AM (per ECF No. 13) | Move to 15 days after the hearing on Defendants' motion to dismiss. |

The Parties have not previously requested an extension in this case.

2

Dated: June 22, 2026

Respectfully submitted,

**KWAME RAOUL**
Attorney General of Illinois

/s/ Paul Berks
CARA HENDRICKSON*
Executive Deputy Attorney General
PAUL BERKS*
Complex Litigation Counsel
GRETCHEN HELFRICH*
Deputy Chief, Special Litigation Bureau
KATHERINE PANNELLA*
Senior Assistant Attorney General
MARY ROSENBERG*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Katherine.Pannella@ilag.gov
Mary.Rosenberg@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

/s/ Nicole S. Hill
ELIZA H. SIMON
Senior Counsel to the Attorney General
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 727-4171
Nicole.Hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES

/s/ Jarrell E. Mitchell
JARRELL E. MITCHELL
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

/s/ Syreeta A. Tyrell
HAYLEIGH S. CRAWFORD*
Deputy Solicitor General
SYREETA A. TYRELL*
Senior Litigation Counsel
JOSH LEFKOW
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

Scheduling Stipulation and [Proposed Order] Granting Scheduling Stipulation—No. 3:26-cv-02262-VC

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Kristopher Brambila*
KRISTOPHER BRAMBILA*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
kristopher.brambila@coag.gov
*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

/s/ *Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
ROSE E. GIBSON
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
KATHERINE W. THOMPSON*
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov
*Attorneys for Plaintiff State of Maine*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Laura Thurston*
LAURA THURSTON*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Laura.Thurston@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

*/s/ Kalikoʻonālani D. Fernandes*
DAVID D. DAY*
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

/s/ *Nita K. Klunder*
NITA K. KLUNDER (BBO No. 689304)*
*State Trial Counsel*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

4

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Yasmin Dagne*
YASMIN DAGNE*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Attorneys for Plaintiff State of Maryland*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Farng-Yi D. Foo*
FARNG-YI D. FOO*
MICHELLE KOSTYACK*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov
Michelle.Kostyack@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**CHARITY R. CLARK**
Attorney General of Vermont

*/s/ Julio A. Thompson*
JONATHAN T. ROSE
Solicitor General
JULIO A. THOMPSON*
 Co-Director, Civil Rights Unit
109 State Street
Montpelier, VT 06509
(802) 828-3171
Julio.thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

 *Admitted Pro Hac Vice*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
*Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
*Attorney for Plaintiff State of Michigan*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY (RI Bar No. 10897)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Daniel J. Jeon*
DANIEL J. JEON*
Assistant Attorney General
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Daniel.jeon@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

5

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director
Federal Programs Branch

/s/ *Jacqueline C. Lau*
JACQUELINE C. LAU
D.C. Bar # 90024952
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914
E-mail: Jacqueline.C.Lau@usdoj.gov

*Counsel for Defendants*

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; AND STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:26-cv-02262-VC <br><br> **[PROPOSED] ORDER GRANTING SCHEDULING STIPULATION** |

**[PROPOSED] ORDER GRANTING SCHEDULING STIPULATION**

Having reviewed the Parties' Scheduling Stipulation, it is hereby ORDERED that the request in the Scheduling Stipulation IS GRANTED. The June 26, 2026 Initial Case Management Conference is moved to 15 days after the hearing on Defendants' motion to dismiss.

SO ORDERED.


DATED: _____          _____

VINCE CHHABRIA
United States District Judge

Scheduling Stipulation and [Proposed Order] Granting Scheduling Stipulation—No. 3:26-cv-02262-VC