IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; AND STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:26-cv-02262-VC <br><br> [PROPOSED] ORDER GRANTING SCHEDULING STIPULATION |

**[PROPOSED] ORDER GRANTING SCHEDULING STIPULATION**

Having reviewed the Parties' Scheduling Stipulation, it is hereby ORDERED that the request in the Scheduling Stipulation IS GRANTED. The June 26, 2026 Initial Case Management Conference is moved to September 25, 2026.

SO ORDERED.

DATED: _____June 23, 2026_____          _____

VINCE CHHABRIA
United States District Judge

7

Scheduling Stipulation and [Proposed Order] Granting Scheduling Stipulation—No. 3:26-cv-02262-VC