ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6562
  E-mail:  Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

BRETT A. SHUMATE
Assistant Attorney General
DIANE KELLEHER
Branch Director
STEVEN M. CHASIN
D.C. Bar # 495853
Trial Attorney, U.S. Department of
Justice
Civil Division, Federal Programs
Branch
  1100 L Street, N.W.
  Washington, DC 20005
  Telephone: (202) 305-0747
  Email: Steven.m.chasin@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; AND STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:26-cv-02262-VC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' MOTION TO DISMISS AND TO EXTEND OTHER BRIEFING DEADLINES** <br><br> Assigned to the Hon. Vince Chhabria |

1

Pursuant to the Civil Local Rules 6-2 and 7-12, the parties hereby file this stipulation and proposed order to extend time for Defendants to file their Motion to Dismiss by an additional week, up to and including Wednesday, July 22, 2026, and to extend other briefing deadlines by one week. The parties state the following in support of this stipulated request:

New (undersigned) counsel for Defendants filed a notice of substitution of counsel on July 13, 2026 (as prior counsel for Defendants ended employment with the Civil Division). ECF 83. Defendants request additional time to prepare their Motion to Dismiss due to this change of counsel. The Parties have agreed to, and respectfully request the Court to permit, a one-week extension of time for Defendants to file their Motion to Dismiss and to extend the two additional briefing deadlines by one week.

On June 19, 2026, the parties set forth a briefing schedule in their Joint Case Management Statement. *See* ECF 77, (Section 15. Scheduling). The parties conferred regarding the new proposed briefing schedule and request the Court set the following schedule provided in the below table:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Defendants' Motion to Dismiss | Wednesday, July 15, 2026 | Wednesday, July 22, 2026 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | Wednesday, August 12, 2026 | Wednesday, August 19, 2026 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss | Wednesday, September 2, 2026 | Wednesday, September 9, 2026 |

The parties have requested one previous extension in this case. On June 22, 2026, the parties filed a scheduling stipulation pursuant to paragraph 14 of the Standing Order for Civil Cases Before Judge Vince Chhabria to move the initial case management conference to 15 days after the hearing on Defendants' Motion to Dismiss. *See* ECF 79.

Accordingly, the parties respectfully request that the Court enter an order extending the deadlines of the briefing schedule by one week. A proposed order is attached.

IT IS SO STIPULATED.

Dated: July 13, 2026

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director
Federal Programs Branch

/s/ *Steven M. Chasin*
STEVEN M. CHASIN
D.C. Bar # 495853
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-0747
E-mail: Steven.m.Chasin@usdoj.gov

*Counsel for Defendants*

**KWAME RAOUL**
Attorney General of Illinois

/s/ *Paul Berks*
CARA HENDRICKSON
Executive Deputy Attorney General
PAUL BERKS
Complex Litigation Counsel
GRETCHEN HELFRICH
Deputy Chief, Special Litigation Bureau
KATHERINE PANNELLA
Senior Assistant Attorney General
MARY ROSENBERG
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Katherine.Pannella@ilag.gov
Mary.Rosenberg@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES

/s/ *Jarrell E. Mitchell*
JARRELL E. MITCHELL
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

3

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

*/s/ Nicole S. Hill*
ELIZA H. SIMON
Senior Counsel to the Attorney General
NICOLE S. HILL
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 727-4171
Nicole.Hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Kristopher Brambila*
KRISTOPHER BRAMBILA
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
kristopher.brambila@coag.gov
*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

/s/ *Ian R. Liston*
IAN R. LISTON
Director of Impact Litigation
ROSE E. GIBSON
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

*/s/ Syreeta A. Tyrell*
HAYLEIGH S. CRAWFORD
Deputy Solicitor General
Syreeta A. Tyrell
Senior Litigation Counsel
Josh Lefkow
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Laura Thurston*
LAURA THURSTON
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Laura.Thurston@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

4

**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
KATHERINE W. THOMPSON
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov
*Attorneys for Plaintiff State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

*/s/ Nita K. Klunder*
NITA K. KLUNDER (BBO No. 689304)
*State Trial Counsel*
SAV ARGUELLO
*Assistant Attorney General* (BBO No. 710710)
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Yasmin Dagne*
YASMIN DAGNE
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Attorneys for Plaintiff State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI
*Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
*Attorney for Plaintiff State of Michigan*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Farng-Yi D. Foo*
FARNG-YI D. FOO
MICHELLE KOSTYACK
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov
Michelle.Kostyack@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY (RI Bar No. 10897)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

Stipulation and [Proposed] Order to Extend Deadline for Defendants' Motion to Dismiss and to Extend Other Briefing Deadlines —No. 3:26-cv-02262-VC

**CHARITY R. CLARK**
Attorney General of Vermont

**JAY JONES**
Attorney General of Virginia

*/s/ Julio A. Thompson*
JONATHAN T. ROSE
Solicitor General
JULIO A. THOMPSON
  Co-Director, Civil Rights Unit
109 State Street
Montpelier, VT 06509
(802) 828-3171
Julio.thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

*/s/ Megan C. Keenan*
MEGAN C. KEENAN*
Deputy Solicitor General
202 North 9th Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Daniel J. Jeon*
DANIEL J. JEON
Assistant Attorney General
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Daniel.jeon@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

  * *Pro hac vice application forthcoming*

6

Stipulation and [Proposed] Order to Extend Deadline for Defendants' Motion to Dismiss and to Extend Other
Briefing Deadlines —No. 3:26-cv-02262-VC