IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; AND STATE OF WASHINGTON,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA,

Defendants.

Case No. 3:26-cv-02262-VC

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION EXTENDING BRIEFING DEADLINES ON PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND ON DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Assigned to the Hon. Vince Chhabria

Having reviewed the Parties' Stipulation to Extend Deadline for Plaintiffs' Response to Defendants' Motion to Dismiss and to Extend Other Briefing Deadlines, it is hereby ORDERED that the request in the Stipulation IS GRANTED. Plaintiffs' Response to Defendants' Motion to Dismiss shall be due on or before Wednesday, September 2, 2026; and Defendants' Reply in Support of Defendants' Motion to Dismiss shall be due on Wednesday, September 23, 2026.

SO ORDERED.

Dated: August 19, 2026

HON. VINCE CHHABRIA
United States District Judge