ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
300 South Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6562
E-mail: Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

BRETT A. SHUMATE
Assistant Attorney General
DIANE KELLEHER
Branch Director
STEVEN M. CHASIN
D.C. BAR # 495853
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-0747
Email: Steven.m.chasin2@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; AND STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; CRAIG TRAINOR, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:26-cv-02262-VC<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to the Hon. Vince Chhabria<br><br>Case Filed: March 16, 2026 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs State of Illinois, State of California, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Hawai'i, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of New Jersey, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and the District of Columbia ("Plaintiffs"); and Defendants United States Department of Housing and Urban Development ("HUD"), Eric Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development, Craig Trainor, in his official capacity as Assistant Secretary for the Office of Fair Housing and Equal Opportunity, and the United States of America ("Defendants") (collectively, the "Parties") stipulate to dismiss Plaintiffs' First Amended Complaint for the reasons set forth in the recitals below.

WHEREAS, Plaintiffs filed this lawsuit on March 16, 2026, concerning the Fair Housing Assistance Program, administered by Defendant HUD, and on June 24, 2026, Plaintiffs filed their First Amended Complaint, and on July 22, 2026, Defendants filed their Motion to Dismiss the First Amended Complaint (ECF No. 88); and

WHEREAS, during that motion practice, the Parties discussed various aspects of HUD's administration of the Fair Housing Assistance Program, and as a result of those discussions, HUD, through its undersigned counsel, has sent Plaintiffs a letter, dated September 2, 2026, reflecting the matters that arose during the briefing and that the Parties discussed; and, based on the foregoing, at this time, Plaintiffs have determined to dismiss the First Amended Complaint without prejudice;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate that any claims asserted by Plaintiffs against Defendants in this action be dismissed without prejudice. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: September 2, 2026

Respectfully submitted,

**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director
Federal Programs Branch

/s/ *Steven M. Chasin*
STEVEN M. CHASIN
D.C. Bar # 495853
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-0747
E-mail: Steven.m.chasin2@usdoj.gov

*Counsel for Defendants*

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES

/s/ *Jarrell E. Mitchell*
JARRELL E. MITCHELL
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

**KWAME RAOUL**
Attorney General of Illinois

/s/ *Paul Berks*
CARA HENDRICKSON*
Executive Deputy Attorney General
PAUL BERKS*
Complex Litigation Counsel
GRETCHEN HELFRICH*
Deputy Chief, Special Litigation Bureau
KATHERINE PANNELLA*
Senior Assistant Attorney General
MARY ROSENBERG*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Katherine.Pannella@ilag.gov
Mary.Rosenberg@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

/s/ *Nicole S. Hill*
ELIZA H. SIMON
Senior Counsel to the Attorney General
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 727-4171
Nicole.Hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

*/s/ Syreeta A. Tyrell*
HAYLEIGH S. CRAWFORD*
Deputy Solicitor General
SYREETA A. TYRELL*
Senior Litigation Counsel
JOSH LEFKOW
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Kristopher Brambila*
KRISTOPHER BRAMBILA*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
kristopher.brambila@coag.gov
*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Laura Thurston*
LAURA THURSTON*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Laura.Thurston@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

/s/ *Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
ROSE E. GIBSON
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

*/s/ Kaliko'onālani D. Fernandes*
KALIKO'ONĀLANI D. FERNANDES*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
KATHERINE W. THOMPSON*
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov
*Attorneys for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Yasmin Dagne*
YASMIN DAGNE*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Attorneys for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

*/s/ Nita K. Klunder*
NITA K. KLUNDER (BBO No. 689304)*
*State Trial Counsel*
SAV ARGUELLO*
*Assistant Attorney General* (BBO No. 710710)
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
*Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
*Attorney for Plaintiff State of Michigan*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Farng-Yi D. Foo*
FARNG-YI D. FOO*
MICHELLE KOSTYACK*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov
Michelle.Kostyack@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY (RI Bar No. 10897)*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

*/s/ Julio A. Thompson*
JONATHAN T. ROSE
Solicitor General
JULIO A. THOMPSON*
Co-Director, Civil Rights Unit
109 State Street
Montpelier, VT 06509
(802) 828-3171
Julio.thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**JAY JONES**
Attorney General of Virginia

*/s/ Megan C. Keenan*
MEGAN C. KEENAN**
Deputy Solicitor General
202 North 9th Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Daniel J. Jeon*
DANIEL J. JEON*
Assistant Attorney General
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Daniel.jeon@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

**Admitted pro hac vice*
*** Pro hac vice application forthcoming*